UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ashley Fye Docket No. 7:20-CR-74-4M

## Petition for Action on Supervised Release

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashley Fye, who, upon an earlier plea of guilty to Count 1 - Conspiracy to Possess With Intent to Distribute and Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B), and Count 6 – Possession with Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), and 18 U.S.C. § 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on October 20, 2020, to the custody of the Bureau of Prisons for a term of 62 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. She was released from custody on October 3, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to her. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, I declare under penalty of perjury that the foregoing
 is true and correct.

/s/ David W. Leake /s/ Haley Huntley
David W. Leake Haley Huntley
Supervising U.S. Probation Officer U.S. Probation Officer
 150 Rowan Street Suite 110
 Fayetteville, NC 28301
 Phone: 910-354-2533
 Executed On: February 26, 2024

### ORDER OF THE COURT

Considered and ordered this 28th day of February, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge